## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 24th day of March, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manners indicated.

## VIA FIRST CLASS MAIL

CT Communications
Attn: President/Chief Executive Officer
115 Second Avenue
Waltham, MA 02451

CT Communications
Attn: Corporation Trust Company, Registered Agent
820 Bear Tavern Road
Trenton, NJ 08628

_____
Mary E. Augustine, Esq. (No. 4477)

581255v1